IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07cr098-WHA-01 |
| MICHAEL CARL TOLES, JR. ) | |

## ORDER

This case is before the court on the Unopposed Motion to Continue Sentencing (Doc. #80), filed by the United States, with consent of the Defendant, on May 22, 2008. The court is willing to continue sentencing of the Defendant, but the requested time of the week of July 7, 2008, is not available. Therefore, it is hereby ORDERED that the motion is GRANTED to the following extent: Sentencing of the Defendant is CONTINUED from May 28, 2008, and RESCHEDULED for Thursday, August 7, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 27th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE