IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 2:08cr60-WHA |
| ) | |
| **DAVID HAROLD STOKES** ) | |

**DEFENDANT'S MOTION TO SEAL**

**NOW COMES** the Defendant, David Harold Stokes, by and through undersigned counsel, Aylia McKee, and moves this Court to enter an Order placing under seal **Glean Louis Spann's Affidavit,** Document No.: 24. Because the Affidavit contains privileged information, undersigned counsel respectfully requests that this document be filed *under seal* and remain under seal until further Order of this Court.

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted.

Dated this 20th day of August 2008

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No.: 2:08cr60-WHA |
| ) | |
| **DAVID HAROLD STOKES** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Shephard, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


Respectfully submitted,


s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M